IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RANDOLPH DANDRY,**

    Petitioner,

v.                                                Case No.: 3:10cv351/MCR/MD

**KENNETH S. TUCKER,**

    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 9, 2011 (doc. 32). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

    Having considered the Report and Recommendation and petitioner's timely filed objections (doc. 36), I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Respondent's motion to dismiss (doc. 19) is **GRANTED**.

    3.    The 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 1), challenging the conviction and sentence in State of Florida v. Dandry in the Circuit Court of Okaloosa County, Florida, case no. 03-698, is **DISMISSED WITH PREJUDICE** and the clerk is directed to close the file.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 22nd day of March, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**